WILLIAM HARRINGTON, *Appellant, v.* CHARLES GOEPP and DENNIS QUINN, *Respondents.*— Judgment reversed, demurrer overruled, with leave to answer in twenty days.

FRANCIS H. SALTUS, *Appellant, v.* ELLIOTT F. SHEPARD, *as Trustee, etc., and others, Respondents.*— Judgment and decree affirmed. Opinion by DANIELS, J.

CHARLES H. JORDAN, *Appellant, v.* BERNARD REILLY, *Sheriff, etc., Respondent.*— Judgment reversed, new trial granted, costs to appellant to abide event. Opinion *Per Curiam.*

JOHN F. DILLON, *Respondent, v.* JAMES COCKROFT, *Appellant, Impleaded, etc.*— Judgment affirmed. Opinion *Per Curiam.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EDWIN A. POTTER *v.* THE COURT OF SPECIAL SESSIONS IN AND FOR THE ·CITY AND COUNTY OF NEW YORK. Judgment affirmed. Opinion by DANIELS, J.

GUSTAV WENZLER, *Respondent, v.* JOHN CRONOGUE, *Appellant.* — Order affirmed on opinion of DONOHUE, J., and on *Phœnix Insurance Company* v. *Continental Insurance Company* (14 Abb. [N. S.], 266).

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* KATE LUNN, *Respondents, v.* J. C. JULIUS LANGBEIN, *Justice, Appellant.*— Order reversed and application denied, with ten dollars costs and disbursements. Opinion *Per Curiam.*

JOHN ROACH, *Appellant, v.* RICHARD ·B. CHAPMAN, *Respondent.*— Order affirmed, with ten dollars costs and disbursements.

EMILE HUBER and LOUIS C. BRAUN, *Appellants, v.* JOSEPH A. MILLER, *Respondent.* Order affirmed, with ten dollars costs and disbursements.

PATRICK CUFF, *Appellant, v.* JANE A. DORLAND, *Respondent.* — Motion granted. Opinion by DANIELS, J.

WILLIAM H. M. SISTARE, *Respondent, v.* WILLIAM J. BEST, *as Receiver, etc., Appellant.* — Judgment affirmed. Opinion by DAVIS, P. J.